UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE NATHANIEL GLYNN; DONALD
JOHN TRUMP SENIOR,

                              Plaintiff,                          26 CIVIL 003233 (LTS)

            -against-                                          CIVIL JUDGMENT

ANA C. REYES, ET AL.,

                              Defendants.


For the reasons stated in the April 24, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

SO ORDERED.

Dated:    April 29, 2026

            New York, New York


                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                              Chief United States District Judge